UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD CLARK, | No. 2:15-cv-01171-KJM-DAD |
| Plaintiff, | |
| v. | ORDER |
| CAPITAL INCOME AND GROWTH FUND, LLC, et al., | |
| Defendants. | |

On June 23, 2015, plaintiff, proceeding pro se, filed a motion for a temporary restraining order (TRO). (ECF No. 3.) It appears plaintiff seeks an order staying the enforcement of a writ of possession issued by the Toulumne County Superior Court in an unlawful detainer action. (*Id.* at 2.) Plaintiff does not provide a date of enforcement. "Under the *Rooker–Feldman* doctrine, however, federal courts lack jurisdiction to review the propriety of state court rulings, including a writ of possession rendered during the course of a state court unlawful detainer proceeding." *Tucker v. Fed. Nat. Mortgage Ass'n*, No. 13-01874, 2013 WL 5159730, at *1 (E.D. Cal. Sept. 12, 2013) (collecting cases); *see also Drawsand v. F.F. Properties, L.L.P.*, 866 F. Supp. 2d 1110, 1123 (N.D. Cal. 2011) ("To the extent that [the plaintiff] is attempting to challenge the adverse ruling in the [unlawful detainer] action, such claim is barred under the *Rooker–Feldman* doctrine."). Accordingly, the court DENIES plaintiff's motion.

1

1   IT IS SO ORDERED.

2   DATED:  June 23, 2015.

_____
UNITED STATES DISTRICT JUDGE