# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD CLARK,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL INCOME AND GROWTH FUND, LLC, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01479-SMS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 8) |

On October 22, 2015, Plaintiff filed a voluntary dismissal of the entire case, with prejudice, under Federal Rule of Civil Procedure 41(a)(1). (Doc. 8.) Rule 41(a)(1)(A) provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer to a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  Because Defendants have not served an answer or a motion for summary judgment, this case has terminated.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

IT IS SO ORDERED.

Dated:  **October 23, 2015**              **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE